
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30071 |
| Plaintiff-Appellee, | D.C. No. 3:03-cr-00370-BR |
| v. | |
| MARSHALL CHARLES RICHMOND, a.k.a. Marshall Charles Richmond, III, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Anna J. Brown, District Judge, Presiding

Submitted February 14, 2017[**]

Before:     GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Marshall Charles Richmond appeals from the revocation of supervised

release and the 24-month sentence imposed upon revocation.  Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Richmond's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Richmond has filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**